McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant, Massachusetts Mutual Life Insurance Company

STATE OF NEW YORK
DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACK B. LEMONIK,<br><br>      Plaintiff,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>      Defendants. | : <br>: <br>: <br>: CIVIL ACTION NO. 08-CV-5596<br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: |

CIVIL ACTION – ENTRY OF APPEARANCE

Louis P. DiGiaimo hereby enters his appearance as counsel for Defendant, Massachusetts Mutual Life Insurance Company.

      MCELROY, DETUSCH, MULVANEY & CARPENTER, LLP
      Attorneys for Defendant,
      Massachusetts Mutual Life Insurance Company

      By: /s/ Louis P. DiGiaimo
           Louis P. DiGiaimo, Esq.
           ldigiaimo@mdmc-law.com

1133375_1 DOC