UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACK B. LEMONIK

    *against*

                        Plaintiff(s), Petitioner(s)

MASSACHUSETTS MUTUAL LIFE INSURANCE
COMPANY

                        Defendant(s), Respondent(s)

ATTORNEY: Quadrino & Schwartz

Index No.: 08 CIV 5596

DATE OF FILING: 6/20/2008

**AFFIDAVIT OF SERVICE**

STATE OF N.Y.: COUNTY OF NASSAU: ss:

I, H. Todd Goodman, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Garden City, NY.

That on **June 23, 2008 at 2:31 PM at NYS Department of Insurance, 25 Beaver St, New York, NY**, deponent served the **Summons & Complaint & Civil Action Cover Sheet** upon **Massachusetts Mutual Life Insurance Company**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy of each to **Dora Lewis** personally, a person who stated to be an authorized agent to receive process service for **Massachusetts Mutual Life Insurance Company c/o NYS Department of Insurance**. Deponent knew said so served to be the described in said Summons & Complaint & Civil Action Cover Sheet as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Legal Assistant** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female** Skin: **Black** Hair: **Black** Age(Approx): **64** Height(Approx): **5' 6"** Weight(Approx): **150-160 lbs** Other: **Glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me on June 25, 2008

H. Todd Goodman,   License No. 1287748

Alan Leibowitz
Notary Public, State of New York
Registration No. 01LE6029931
Qualified in Nassau County
Commission Expires August 30, 2009

Ultimate Process Service (516) 333-3447
Case No.: 94152